UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH VEAL,<br><br>        Plaintiff,<br><br>   -against-<br><br>MACY'S CROSS COUNTRY; NOEL BENSON; JOEY PEREIRA,<br><br>        Defendants. | 24-CV-4859 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated July 5, 2024, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

  The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated: September 23, 2024
     New York, New York

                  /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                Chief United States District Judge