UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH VEAL,

                          Plaintiff

-against-

MACY'S CROSS COUNTRY; NOEL BENSON; JOEY PEREIRA,

                          Defendants.

24-CV-4859 (LTS)

CIVIL JUDGMENT

For the reasons stated in the Court's Order of Dismissal, dated September 23, 2024, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 25, 2024
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge